COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



EL PASO COUNTY, §

                Appellant, §

v. §

SUNLIGHT ENTERPRISES CO., INC., §

                Appellee. §

§

No. 08-16-00081-CV

Appeal from the

346th District Court

of El Paso County, Texas

(TC# 2014DCV3555)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order granting Appellee's motion for partial summary judgment and denying Appellant's motion for partial summary judgment. We therefore reverse the trial court's order granting Appellee's motion for partial summary judgment and denying Appellant's motion for partial summary judgment and render judgment in favor of Appellant that Section 16.071(a) is inapplicable and does not render the seven-day notice provisions of Subparagraphs 13(A), (D) (F) void, and that it does not prevent Appellant from relying on those provisions in connection with Appellee's claims for additional compensation and additional time. The case is remanded to the trial court for further proceedings in accordance with this opinion.

We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.